22-00118MB

## AFFIDAVIT

I, Alyse H. Atayde, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state:

### INTRODUCTION

1. I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and have been employed as such since August of 2018. Since November 2018, I have been stationed at the Tucson, Arizona office of the Phoenix Division. I attended the fourteen-week training course at the United States Postal Inspection Service Academy in Potomac, MD. There I received training related to violations of federal law including assaults, robberies, criminal investigations of narcotics trafficking, and theft and fraudulent use of United States Mail.

2. I am currently conducting criminal investigations involving the theft and fraudulent use of United States mail.

### DESCRIPTION OF VEHICLE

3. This affidavit is made in support of an application for a search warrant for a vehicle in connection to theft and fraudulent use of United States mail. The vehicle is described as:

A silver 2000 BMW 323 model four door sedan with VIN WBAAM3345YFP77806 bearing Arizona license plate FPA7CRA. This vehicle is currently located at 1600 E. Benson Highway Tucson, AZ 85714 in the custody of the Pima County Sheriff's Department.

The vehicle hereafter will be referred to as "SUBJECT VEHICLE".

### INVESTIGATIVE DETAILS

4. On April 13, 2022, Deputy Avila with the Pima County Sheriff's Department contacted the United States Postal Inspection Service National Law Enforcement Communications Center (NLECC) about a citizen who reported theft of mail.

5. Deputy Avila stated he responded to a call for an individual stealing mail from the mailbox located at 11411 E. Speedway Boulevard Tucson, AZ 85748. The homeowner, (C.M.), witnessed the suspect stealing the mail and then followed the suspect in C.M.'s vehicle until the SUBJECT VEHICLE came to a stop. Deputy Avila stated the suspect handed mail to C.M., said

"I stole it," and then left the area on foot. He advised that the mail C.M. was handed did not belong to her.

6. Deputy Avila advised C.M. was waiting with the SUBJECT VEHICLE when he arrived. The vehicle was located at the intersection of Broadway Boulevard and North Rancho El Mirador Tucson, AZ 85748 abandoned. Deputy Avila stated there were multiple pieces of mail in plain view in the rear seat of the SUBJECT VEHICLE, which was locked and the windows were partially down. He provided NLECC with AZ license plate FPA7CRA, registered to Heather Nicole Ruiz, 8216 E. Crooked Tree Trail Tucson, AZ 85715.

7. Deputy Avila said that he was unable to show the homeowner the current Arizona Motor Vehicle Division's (AZMVD) photograph of the registered owner of the SUBJECT VEHICLE. However Deputy Avila also stated that the homeowner's description of the SUBJECT VEHICLE driver matched the AZMVD photo of Heather Nicole Ruiz.

8. Based on the facts set forth in this affidavit, I believe there is probable cause to show that the SUBJECT VEHICLE referenced in this affidavit contains United States Mail in violation of 18 U.S. Code § 1708 - Theft or receipt of stolen mail matter generally, I respectfully request that a warrant be issued to search for evidence of the above violation.

*Alyse H. Atayde*
Alyse H. Atayde
United States Postal Inspector

Subscribed and sworn to me telephonically on this 15th of April 2022.

Eric J. Markovich
United States Magistrate Judge